IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00533-PSF-CBS

MARY J. BALDWIN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

    The Stipulation for Dismissal with Prejudice (Dkt. # 21) filed by the parties is GRANTED.  It is therefore

    ORDERED that the above-captioned matter and the Complaint filed therein is hereby dismissed with prejudice as to all claims between Plaintiff Mary J. Baldwin and Defendant American Family Mutual Insurance Company, a Wisconsin corporation, each party to pay their own costs and attorney's fees.

    DATED:  August 10, 2007.

                                                                  BY THE COURT:

                                                                  *s/ Phillip S. Figa*

                                                                  _____
                                                                  Phillip S. Figa
                                                                  United States District Judge